Certificate Number: 05781-KYE-DE-041166706

Bankruptcy Case Number: 26-10174



05781-KYE-DE-041166706

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 4, 2026, at 11:05 o'clock AM PDT, Victoria Smith completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Kentucky.

Date:   July 4, 2026                          By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President