Certificate Number: 05781-KYE-DE-041166707

Bankruptcy Case Number: 26-10174



05781-KYE-DE-041166707

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 4, 2026</u>, at <u>11:05</u> o'clock <u>AM PDT</u>, <u>Brian McCoy</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Kentucky</u>.

Date:   <u>July 4, 2026</u>                    By:     <u>/s/Allison M Geving</u>

                                                Name:  <u>Allison M Geving</u>

                                                Title:   <u>President</u>